## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Civil Action No. 12-cv-01203-CMA-KMT

RON RIZZUTO,

    Plaintiff,

v.

WYSE FINANCIAL SERVICES, INC.,

    Defendant.

---

## ORDER ADOPTING AND AFFIRMING MARCH 18, 2013
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

---

This case was referred to United States Magistrate Judge Kathleen M. Tafoya pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72. (Doc. # 4.) On March 18, 2013, Judge Tafoya issued a Recommendation, advising the Court to dismiss the case for failure to prosecute pursuant to D.C.COLO.LCivR 41.1. (Doc. # 14 at 1-4.) The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Magistrate Judge's Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (*Id.* at 5.) Despite this advisement, no objections to Magistrate Judge Tafoya's Recommendation have been filed by either party. "In the absence of timely objection, the district court may review a magistrate's report under any standard it

deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (observing that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings")). Having reviewed the Recommendation, the Court discerns no clear error on the face of the record[1] and finds that Judge Tafoya's reasoning is sound.

Accordingly, it is hereby ORDERED that the Recommendation of United States Magistrate Judge Kathleen M. Tafoya (Doc. # 14) is AFFIRMED and ADOPTED as an order of this Court. Pursuant to the Recommendation, it is

FURTHER ORDERED that this case is DISMISSED IN ITS ENTIRETY, WITH PREJUDICE.

DATED: April __09__, 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

---

[1] The only exception is that Judge Tafoya's recommendation states that the order to show cause was issued on March 13, 2013, but the electronic docket shows that order was issued on March 7, 2013. *Compare* (Doc. # 14 at 2) *with* (Doc. # 13). However, this inures to Plaintiff's benefit and therefore does not undermine Judge Tafoya's reasoning and recommendation.